FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2015 JUN 23  PM 12: 39

UNITED STATES OF AMERICA

v.

Case No. 8:15-cr- 217 T36 AEP
18 U.S.C. § 241

PASCUAL CARLOS PIETRI
a/k/a "Pete"

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy Against Rights)

**A.   Introduction**

At all times relevant to this Information:

1. The defendant, PASCUAL CARLOS PIETRI, a/k/a "Pete," was a white male who was residing in a house on Seward Drive in Port Richey, Florida, with co-conspirator T.S., also a white male.

2. Co-conspirator W.D. was a white male who was residing in a house on Seward Drive in Port Richey, Florida.

3. Co-conspirator J.S. was a white male who was residing in a house on Seward Drive in Port Richey, Florida.

4. D.M. was a black male who was residing in a house on Seward Drive in Port Richey, Florida, with K.L, a white woman.

### B. The Conspiracy

5. On or about October 31, 2012, in Pasco County, in the Middle District of Florida,

**PASCUAL CARLOS PIETRI,**
**a/k/a "Pete,"**

the defendant herein, did knowingly and willfully conspire, combine, and agree with other persons known and unknown to the United States Attorney, including, but not limited to, W.D., J.S., and T.S., to injure, oppress, threaten, and intimidate any person, to wit, D.M. and K.L., in the free exercise and enjoyment of any right and privilege secured to said person by the Constitution and laws of the United States, that is, the right to rent, hold, and occupy a dwelling without injury, intimidation, and interference because of said person's race and color.

### C. Object of the Conspiracy

6. It was part of the plan and purpose of this conspiracy that the co-conspirators would and did construct a wooden cross, transport the cross to the front yard of the dwelling occupied by D.M. and K.L. in Port Richey, Florida, and burn the cross in an effort to intimidate and interfere with the victims' occupancy and enjoyment of their home.

## D.   Overt Acts

7.   In furtherance of the conspiracy, and to accomplish the goals, purposes, and objectives of the conspiracy, the defendant, PASCUAL CARLOS PIETRI, and his co-conspirators committed and caused to be committed overt acts on or about October 31, 2012, in the Middle District of Florida, including, but not limited to, the following:

a.   Co-conspirator J.S. provided co-conspirators W.D. and T.S. with wood, nails, and tools to construct a cross.

b.   Co-conspirators W.D. and T.S. constructed a cross at co-conspirator J.S.'s residence.

c.   Co-conspirators W.D. and T.S. summoned the defendant, PASCUAL CARLOS PIETRI, to co-conspirator J.S.'s residence.

d.   Co-conspirator W.D. obtained from co-conspirator J.S. a flammable liquid and poured the liquid on the wooden cross at co-conspirator J.S.'s residence.

e.   Co-conspirator W.D. and the defendant, PASCUAL CARLOS PIETRI, transported the wooden cross from co-conspirator J.S.'s residence to the front yard of D.M.'s and K.L.'s residence on Seward Drive, Port Richey, Florida, and placed the wooden cross in a standing, upright position against D.M.'s and K.L.'s mailbox.

f.   Co-conspirator W.D. instructed the defendant, PASCUAL CARLOS PIETRI, to set the wooden cross on fire.

  g. The defendant, PASCUAL CARLOS PIETRI, set the wooden cross on fire in the front yard of D.M.'s and K.L's residence on Seward Drive in Port Richey, Florida.

  All in violation of Title 18, United States Code, Section 241.

          A. LEE BENTLEY, III
          United States Attorney

          VANITA GUPTA
          Principal Deputy Assistant
          Attorney General

By:  *[signature]*
    JOSEPHINE W. THOMAS
    Assistant United States Attorney

By:  *[signature] for:*
    WILLIAM E. NOLAN
    Trial Attorney
    Civil Rights Division, Criminal Section

By:  *[signature]*
    SIMON A. GAUGUSH
    Assistant United States Attorney
    Chief, General Crimes Section