AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

Pascual Carlos Pietri
*Defendant*

Case No. 8:15-CR-217-T-24AEP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Pascual Carlos Pietri,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 2-14-18

*Issuing officer's signature*

City and state: Tampa, FL

ELIZABETH M. WARREN
*Printed name and title*

### Return

This warrant was received on *(date)* 2/14/18, and the person was arrested on *(date)* 2/27/18
at *(city and state)* Orlando, FL.

Date: 2/28/18

*Arresting officer's signature*

Jeff R. Cobb, CJDUSM
*Printed name and title*