# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| V. | CASE NUMBER: 8:15-cr-217-T-24AEP |
| | USM Number: 62124-018 |
| PASCUAL CARLOS PIETRI | Defendant's Attorney: Tamara Theiss, AFPD |

**THE DEFENDANT:**

　　X admitted guilt to violation of charge number(s)  1-6  of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for cocaine | January 8, 2018 |
| 2. | Illegal drug use for cocaine | January 10, 2018 |
| 3. | Failure to notify ten days prior to any change in employment | January 23, 2018 |
| 4. | Illegal drug use for cocaine | January 23, 2018 |
| 5. | Failure to submit to urinalysis testing | February 8, 2018 |
| 6. | Illegal drug use for cocaine | February 6, 2018 |

　　The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in
economic circumstances.

Date of Imposition of Sentencing: March 13, 2018

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE
Date: March 13, 2018

AO 245D  (Rev. 11/16) Judgment in a Criminal Case for Revocation

| | | |
|---|---|---|
| Defendant: | PASCUAL CARLOS PIETRI | Judgment - Page 2 of 2 |
| Case No.: | 8:15-cr-217-T-24AEP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWELVE (12)  MONTHS** with no Supervised Release to follow. The terms of imprisonment imposed by this judgment shall run concurrently with the defendant's term of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number 8:15-cr-216-T-24AEP, Middle District of Florida.

(X)     The Court makes the following recommendations to the Bureau of Prisons:
          (X) Confinement at FMC Lexington, Kentucky.

   X    The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

   ____  at _____  a.m.    p.m.   on _____.

   as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____  before 2 p.m. on _____.

   ____  as notified by the United States Marshal.

   ____  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


                                          _____
                                          UNITED STATES MARSHAL

                          By              _____
                                          DEPUTY UNITED STATES MARSHAL